# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY GRACIA, :
    Plaintiff :
: No. 1:18-cv-01137
v. :
: (Judge Rambo)
LUKE CRONAUER, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 10th day of October 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute; and

2. The Clerk of Court is directed to **CLOSE** this case.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge